**FILED**

JUN 17 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

# United States District Court
### Eastern District of North Carolina
### Western Division

Case No. 5:24-CT-3154-BO

(To be filled out by Clerk's Office only)

Eric Christopher Orr

Inmate Number 0938637

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

SGT Emig FNU, Sgt Carroll FNU, SGT Walsh FNU, CO Scudley FNU, CO Franklin FNU, CO Deflozier FNU, CO Campbell FNU, CO Talik FNU, CO Hanner FNU, Officer Moss FNU, Angel Lineburger, John Does Alexander CO's, Octavia Johnson, Michael McPherson, Janet Dexter, Jamie Bullard, RN Tompson FNU, SGT Hansley FNU

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☑ Yes
☐ No

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Eric Christopher Orr
Name

0938637
Prisoner ID #

Maury CI
Place of Detention

Maury CI PO Box 506
Institutional Address

Maury                    NC          28554
City                     State       Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee    ☐ State    ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    Officer Walsh FNU
Name

Sergeant
Current Job Title

Alexander CI 633 Old Landfill Rd.
Current Work Address

Taylorsville                NC                28681
City                         State             Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2:    Officer Sculley FNU
Name

Correctional Officer
Current Job Title

Alexander CI 633 Old Landfill Rd.
Current Work Address

Taylorsville                NC                28681
City                         State             Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

## Defendant(s) Continued

Defendant 3:    Officer Emig FNU
_____
Name

Sergeant
_____
Current Job Title

Alexander CI 633 Old Landfill Rd.
_____
Current Work Address

Taylorsville              NC              28681
_____
City                     State           Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both


Defendant 4:    Officer Carroll FNU
_____
Name

Sergeant
_____
Current Job Title

Alexander CI 633 Old Landfill Rd.
_____
Current Work Address

Taylorsville              NC              28681
_____
City                     State           Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

# Defendants

**Defendant 5:** Officer Franklin FNU
Name

Correctional Officer
Current Job Title

Alexander CI 633 Old Landfill Rd.
Current Work Address

Taylorsville     NC     28681
City     State     Zip Code

Capacity in which being sued o Individual o Official ⊘ Both

**Defendant 6:** Officer Campbell FNU
Name

Correctional Officer
Current Job Title

Alexander CI 633 Old Landfill Rd.
Current Work Address

Taylorsville     NC     28681
City     State     Zip Code

Capacity in which being sued o Individual o Official ⊘ Both

**Defendant 7:** Officer Detlozier FNU
Name

Correctional Officer
Current Job Title

Alexander CI 633 Old Landfill Rd.
Current Work Address

Taylorsville     NC     28681
City     State     Zip Code

Capacity in which being sued o Individual o Official ⊘ Both

**Defendant 8:** Officer Talike FNU
Name

Correctional Officer
Current Job Title

Alexander CI 633 Old Landfill Rd.
Current Work Address

Taylorsville     NC     28681
City     State     Zip Code

Capacity in which being sued o Individual o Official ⊘ Both

**Defendant 9:** Officer Hamner FNU
Name

Correctional Officer
Current Job Title

Alexander CI 633 Old Landfill Rd.
Current Work Address

Taylorsville     NC     28681
City     State     Zip Code

Capacity in which being sued o Individual o Official ⊘ Both

# Defendants

**Defendant 10:** Officer Moss FNU
Name

Investigating Officer
Current Job Title

Alexander CI 633 Old Landfill Rd
Current Work Address

Taylorsville    NC         28681
City        State        Zip Code

Capacity in which being sued o Individual o Official ⊗ Both

**Defendant 11:** Angel Lineburger
Name

RN
Current Job Title

Alexander CI 633 Old Landfill Rd.
Current Work Address

Taylorsville    NC         28681
City        State        Zip Code

Capacity in which being sued o Individual o Official ⊗ Both

**Defendant 12:** John Does
Name

Correctional Officers
Current Job Title

Alexander CI 633 Old Landfill Rd.
Current Work Address

Taylorsville    NC         28681
City        State        Zip Code

Capacity in which being sued o Individual o Official ⊗ Both

**Defendant 13:** Octavia Johnson
Name

Hearing Recorder
Current Job Title

Tabor CI 4600 Swamp Fox Hwy West
Current Work Address

Tabor City    NC         28463
City        State        Zip Code

Capacity in which being sued o Individual o Official ⊗ Both

**Defendant 14:** Michael McPherson
Name

Unit Manager
Current Job Title

Tabor CI 4600 Swamp Fox Hwy West
Current Work Address

Tabor City    NC         28463
City        State        Zip Code

Capacity in which being sued o Individual o Official ⊗ Both

②

Defendant 15: Jamie Bullard
Name

Warden
Current Job Title

Tabor CI 4600 Swamp Fox Hwy West
Current Work Address

Tabor City          NC          28463
City                State       Zip Code

Capacity in which being sued o Individual o Official ☑ Both

Defendant 16: Janet Dexter
Name

Hearing Officer
Current Job Title

Tabor CI 4600 Swamp Fox Hwy West
Current Work Address

Tabor City          NC          28463
City                State       Zip Code

Capacity in which being sued o Individual o Official ☑ Both

Defendant 17: Ms Tompson FNU
Name

RN
Current Job Title

Tabor CI 4600 Swamp Fox Hwy West
Current Work Address

Tabor City          NC          28463
City                State       Zip Code

Capacity in which being sued o Individual o Official ☑ Both

Defendant 14: Officer Hensley FNU
Name

Sergeant
Current Job Title

Alexander CI 633 Old Landfill Rd
Current Work Address

Taylorsville         NC          28681
City                State       Zip Code

Capacity in which being sued o Individual o Official ☑ Both

Defendant 19: _____
Name

Current Job Title

Current Work Address

City                State       Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Alexander CI Tabor CI

Date(s) of occurrence: 9-27-23 to 4-12-24

State which of your federal constitutional or federal statutory rights have been violated:

8th Amendment Excessive Force & 14th Amendment Due Process, Torture 42 USCA 1985 Class-Based Recion Obstructing Justice, intimidating party witness, or juror, Depriving persons Rights or Privileges, 18 USCA 1519, and false I. imprisonment, Discrimination, Retaliation Equal protection

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> **Who did what to you?**

On Sept 27 2023 I was called to the SGT office on Green Unit at Alexander CI for a write up. Officer Sculley was present with SGT Walsh. On 9-26-23 SGT Hensley said I called the prison on a 3 way call with my mom, When I was having a issue with a officer on that Unit. That's when him, and SGT Walsh rushed to my cell door and got my tablet. While I was writing the statement on my behalf. I told SGT Walsh that I was gonna report these issues that I had been having with the officers on the Unit. He told me to do what I felt necessary. I saw a tablet sitting on his desk. I asked SGT was that my tablet. He said yes that's your tablet. After I wrote the statement I walked to SGT Walsh's desk handed him the statement, and picked the tablet up. I asked SGT was that all that he needed he said yes. I then went back to my cell. Seconds maybe a minute later SGT Walsh, Officer Sculley, and a black officer came to my cell door, and had it opened. SGT Walsh said give me that tablet. I handed him the tablet, and said you can't be serious. An to give me a grievance, because this is discrimination. He said you know what how about you turn around an cuff up. Then

**What happened to you?**

Officer Sculley sprayed me, SGT pulled out his teser. I immediately step out of my cell so the prison camera could capture this. Officer Sculley puts the handcuffs on extra tight, begans twisting my wrist, and throwing me on the floor. Then slammed my face into the elevator wall. When I get off the elevator downstairs. It's multiple officers around me escorting me. When I get to Red Unit hallway the hole more officers come around me. My eyes are slightly burning from the Pepper Spray. But I saw Officer Detlozier reach in my pocket and snatch both of my address books. They escorted me to A block on Red Unit still in handcuffs. They throw me on the floor at the entrance, and start again assaulting me. Punching me in the face multiple times. I turn around after one punch and saw SGT Carroll swinging. He told me to turn around and don't look at him. My eyes began burning real bad. I was then placed inside the shower. I keep

**When did it happen to you?**

asking the Officers to turn the shower on to rinse the spray out of my eyes. They wouldn't do it, and started making sarcastic jokes. Stating that it wasn't nothing but the spray in the small can to provoke me. The White Shirt Officers came in later on. I was then able to rinse the spray out of my eyes. They were just as disrespectful, but they followed certain procedures to make things look good. They went along with the discrimination, and placed me in full restraints like I was the one out of control. I was then transported to medical. Mr. Bove, White Shirt

**Where did it happen to you?**

Officer took pictures of the cuts all around both of my wrist, the swollen areas, and pictures of my face. I was put in for futher treatment, and xrays. The nurse gave me a wrap to wrap my arm up, and cleaned the blood from the cuts. I was then escorted to cell 1 a camera cell. Officer Moss and White Shirt Officers came in the block later on. A guy next to my cell told me that he does the Use of Force investigations. I asked him about writing a statement he said ok, but never came back. While I was inside my cell in

Case 5:26-cv-00056-FDW    Document 1    Filed 06/17/24    Page 9 of 16

full restraints. SGT Carroll keep coming back on fourth making disrespectful comments towards me. I refused all my trays, because I didn't feel safe. The night shift placed me on a hunger strike. The day shift wouldn't acknowledge it. While I was sitting in the hole SGT Hensley came to my cell door with a write up on 9-28-22. Stating that I stole a tablet, disobeyed a direct order, and threaten a officer. He refused to let me write a statement on my behalf. Night shift brought me back half of my property days later. The nurses were disrespectful and unprofessional. They would come to my cell and make comments. Like I hope your drinking water, and laugh with the officers and walk off. The day shift Officers Deflozier, Campbell, Telik, and SGT Carroll stayed disrespecting me. They'll come in with the trays, and say are you still scarred to eat pussy. On 10-3-23 I got dizzy and weak. The officers rushed in my cell. Officer Franklin a officer I knew from Marion CI, Campbell, and officer Telik escorted me to medical. When I got to medical I said two words to the nurse. Officer Franklin interrupted, and said this MFer is faking, pushed me back to cell 2. When I got back these officers come inside the cell with me. Start jerking on me and start telling me to stop resisting. They drag me to the shower and tell me to strip butt necket. At this time I haven't ate in a whole week, I asked for the OIC, Officer Franklin said is this the same dude they jumped on from Green Unit, Officer Campbell said yes. They opened the shower while I was sitting on the floor, and threw a shield on top of me, and started tasing me threw the shield. Saying stop resisting throwing me all around on the shower floor while I was complying. They put me in full restraints for eight hours again on disruptive. I didn't see a Use of Force investigating officer to file a report. On 10-4-23 I was moved to the other side of the

What was your injury?

# Facts

Red Unit on the other end of the hallway. On 10-5-23 I had a DHO Hearing. Officer Deflozier and another officer escorted me. I had a hearing for the write up when they said I called the prison on a 3 way call with my Mom, and when they said I stole a tablet, disobeyed a direct order, and threaten a officer. I plead not guilty to both write ups. The DHO man found me guilty of the incident about the 3 way call, and left the incident about the tablet pending. When the officers gang assaulted me threw the whole prison. I submitted a grievance when I got back to my cell about them assaulting me on 9-27-23. Officer Deflozier came to my cell later on that night with a write up. Stating that I assaulted Officer Campbell, and disobeyed a direct order. When they attacked me inside the shower on 10-3-23. On 10-6-23 officers and nurses came by my cell door. I told them that I was getting real light headed, and that I needed some help. At that time I haven't ate in ten days. About thirty minutes later a crew of officers came to my cell door. With shields over their face with a camera. A guy asked me to come to the door and cuff up. I had my hands in the air trying to recuperate. He said it one more time, and I was in the process trying to get myself together, and he sprayed inside my cell. I started coughing from the spray. Officers run in my cell and start hitting me with a taser threw a shield. While Officer Deflozier punched me in my face. They drag me into the shower, and tell me to take a shower. It's like ten male officers and one female officer standing by the shower trying to watch. I asked them for the OIC. They opened the shower and assaulted me again. I hit my head on the floor. They rushed me to medical backwards with a shield over my face to block me from the cameras. An then rolled me to intake in a wheelchair backwards with a shield over

Case 5:26-cv-00056-FDW Document 1 Filed 06/17/24 Page 11 of 16 cameras,

## Facts

Then I get transported to the hospital. The hospital referred me to Central Prison, placed me on a suicide watch, and released me. I go back to Alexander CI that night. I'm put on a suicide watch, and put in a green smock with no clothes. Officers once again placed me on a disruptive. For when they ran in my cell attacked me, and attacked me inside the shower. An I once again was chained all of the way up. No report was filed officers still rumbling threw my property stealing things. When I get my property back days later. My DC160 forms were missing. appeals from DHO were gone with my Moms numbers on it. Along with my shower shoes. So I wasn't able to take a shower until the next week. When I was able to order some more at the canteen call. I spoke with a nurse about my follow up visit but I was never seen. On 10-12-23 I was transferred to Tabor CI. A camp I wasn't suppose to be on, because of a lawsuit I put in on their administration from prior discrimination. Officer Campbell and Officer Talik transported me to intake. They refused to give me the rest of my property that was supposely stored in the Sgt office. I put in a grievance about my property. They responded and stated that they were aware of the property that was supposely stored inside of the Sgt office, but the property was never sent. Alot of the property was things I gathered in prison, but not my Grandma's Obituary. I saw the DHO at Tabor CI on 10-23-23 for the two incidents that happened at Alexander CI. The 9-27-23 incident were the officers said I stole a tablet. When they assaulted me threw the prison. An the write up on 10-3-23. When the officers forced me in the shower to a blind spot, and attacked me. When I haven't ate for a week. When I supposely assaulted Officer Campbell. When he refused medical attention,

Case 5:26-cv-00056-FDW    Document 1    Filed 06/17/24    Page 12 of 16 just when

12

# Facts

the incident occurred. Unit Manager Michael McPherson approved this write up for DHO. Ms Janet Dexter entered a guilty verdict for the Assult and a plea of guilty for the failure to obey a direct order. An sent me a waiver of my rights for the failure to obey a direct order. That I refused to sign, because I didn't pled guilty to anything, and still documented this. An any other kind of discrimination she might of applied. The 5-27-23 infraction when I supposely stole a tablet. When the officers assulted me threw the prison remained pending, cleared the system, and concealed on their behalf, I was then falsally imprisoned for 140 days on icon. I placed in a grievence about the situation nothing occurred. I put in multiple sick calls at Taber CI about my arm and wrist. They over looked the situation for a while, and followed the false information that Alexander CI medical documented. I was finally seen on 1-25-24, and I was scheduled a doctors appointment. I transfered to Mcury CI on 2-2-24. I was seen at Mcury CI on 2-25-24 and Xrayed. Only certain parts of my right arm was Xrayed. That showed no fracture, and the situation was considered resolved.

## VI.    ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?    ☑ Yes    ☐ No

    If no, explain why not:

Is the grievance process completed?    ☑ Yes    ☐ No

    If no, explain why not:

## VII.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

$250,000 in Compensatory Damages and Punitive Damages, Legal fees, any other relief the Court deems just equitable

Page **8** of **10**

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?                                    ☑ Yes    ☐ No

If yes, how many? _____**3**_____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

① Negligence Officer Price Granted
② negligence SGT Gerald & CO Strong Granted
③ 1983 Civil Rights Action David Cothron, Derek Price,
Kevin Freeman, Saint Tapp, Alexis Conner, Melissa
Becker, Cindy Haynes Due Process, Equal Treatment,
Cruel and Unusual Punishment Pending

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

6-12-24

Dated                                         Plaintiff's Signature

Eric Christopher Orr

Printed Name

0938637

Prison Identification #

Mcury CI PO Box 506    Mcury          NC    28554

Prison Address                    City               State    Zip Code

Enclosed 17 pages